UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nathaniel Gaither, # 84703-020,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　　　　Defendant. | ) C/A No. 5:14-126-RMG<br>)<br>)<br>)<br>)<br>)<br>)　ORDER<br>)<br>)<br>)<br>) |

This is a civil action filed by a federal prisoner. This case was originally filed in the United States District Court for the District of Massachusetts. The case number in that court was Civil Action No. 1:12-cv-11456-RGS. On January 15, 2014, the presiding judge in Massachusetts ordered that the case be transferred to this court because of allegations in the Second Amended Complaint, ECF No. 13, concerning matters that allegedly arose in South Carolina. ECF No. 26.

This case is before the Court because of Plaintiff's failure to comply with the magistrate judge's Order of January 21, 2014. ECF No. 34. A review of the record indicates that the magistrate judge ordered Plaintiff to submit service documents needed to render this case into proper form within twenty-one days, and specifically informed Plaintiff that if he failed to do so, this case would be dismissed *without prejudice*. The Court has not received any response from Plaintiff and the time for his compliance has passed. The mail in which the Order was sent to Plaintiff at the address provided when the case was opened has not been returned to the court, thus it is presumed that Plaintiff received the Order, but has neglected to comply with it within the time permitted under the Order.

Plaintiff's lack of response to the Order indicates an intent to not continue prosecuting this

case, and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b)(district courts may dismiss an action if a Plaintiff fails to comply with "any order of the court."); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989)(dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982)(court may dismiss *sua sponte*).

Accordingly, this case is dismissed *without prejudice*.

The Clerk of Court shall terminate any pending motions as moot and shall then close the file.[1]

**IT IS SO ORDERED.**

Richard M. Gergel
United States District Judge

May 8, 2014
Charleston, South Carolina

---

[1] Under General Order, Misc. No. 3:07-5014-JFA, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (**901 Richland Street, Columbia, South Carolina 29201**).

2

\*\*\*\*
## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.